## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

              Plaintiff,

    v.                            Civil Action No. 1:15-cv-00368-LMB-MSN

JOHN DOE, subscriber assigned IP address
173.73.78.75,

              Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 173.73.78.75. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 30, 2015

                                  Respectfully submitted,

                                  By: __/s/ William E. Tabot__
                                  William E. Tabot PC
                                  9248 Mosby Street
                                  Manassas, VA 20110-5038
                                  Phone: 703-530-7075
                                  Email: wetabotesq@wetlawfirm.com
                                  *Attorney for Plaintiff*

So Ordered

                           /s/
_____
Leonie M. Brinkema
United States District Judge